IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

JOHN JAMES,
individually and on behalf of all others
similarly situated

    Plaintiffs

vs.

MALLINCKRODT, INC.,
COVIDIEN, INC.,
COTTER CORPORATION,
ROCK ROAD INDUSTRIES, INC.,
REPUBLIC SERVICES, INC.,
ALLIED SERVICES, LLC, d/b/a
Republic Services of Bridgeton, and
BRIDGETON LANDFILL, LLC,

    Defendants.

Case No. 4:14-CV-00729 ERW

## STIPULATION FOR DISMISSAL

Come now Plaintiffs, by and through their attorneys, and hereby dismiss their Complaint against all defendants herein without prejudice.

FINNEY LAW OFFICE, LLC

/s/Daniel P. Finney, Jr.

Daniel P. Finney, Jr., #26389MO
Daniel P. Finney, III,  #57765MO
Christopher J. Finney, #62888MO
1735 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 646-0300
(314) 646-0303 FAX
dan@finneylawoffice.com
dan3@finneylawoffice.com
chris@finneylawoffice.com